UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/11/17

IN RE JUMEI INTERNATIONAL
HOLDING LIMITED SECURITIES
LITIGATION

14 CIVIL 9826

**JUDGMENT**

------------------------------------------------------------X

Defendants Jumei International Holding Ltd. ("Jumei") and the Underwriter Defendants- Goldman Sachs (Asia) LLC, Credit Suisse Securities LLC, J.P. Morgan Securities LLC, China Renaissance Securities (Hong Kong) Ltd., Piper Jaffray & Co., and Oppenheimer & Co., Inc. having moved to dismiss the Consolidated Amended Complaint ("Complaint"), and the matter having come before the Honorable William H. Pauley, III, United States District Judge, and the Court, on January 10, 2017, having rendered its Opinion and Order granting Defendant's motion and dismissing the Complaint; and directing the Clerk of Court to mark this case as closed, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 10, 2017, Defendant's motion is granted and the Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
January 11, 2017

RUBY J. KRAJICK
Clerk of Court

BY:
Deputy Clerk